IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHEMAYA SCHORR,<br><br>        Plaintiff,<br>   v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | Case No. 5:25-cv-06791-NC<br><br>**ORDER REGARDING JOINT STIPULATION DISMISSING THE CASE WITH PREJUDICE** |

## ORDER

The Joint Stipulation Dismissing the Case with Prejudice filed by Plaintiff Shemaya Schorr and Defendant T-Mobile USA, Inc. is hereby **GRANTED**. Plaintiff's case against T-Mobile is **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED.**

Date: April 27, 2026

Honor



GRANTED

Judge Nathanael M. Cousins